*E-Filed: March 25, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM J. CUTLIP,<br><br>    Plaintiff,<br>  v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY FOR THE HARBORVIEW MORTGAGE LOAN TRUST PASS-THROUGH CERTIFICATES 2007-7,<br><br>    Defendant.<br>_____/ | No. C15-01345 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

In this just-filed action, plaintiff moves for an "Emergency Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction." Because plaintiff requests immediate injunctive relief, but not all parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, the Clerk of the Court shall promptly reassign this case to a district judge. *See* 28 U.S.C. § 636.

**IT IS SO ORDERED.**

Dated: March 25, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE