United States District Court
Northern District of California

1
2
3  UNITED STATES DISTRICT COURT
4  NORTHERN DISTRICT OF CALIFORNIA
5  SAN JOSE DIVISION
6
7  WILLIAM CUTLIP,
           Plaintiff,
8
9       v.
10 DEUTCHE BANK NATIONAL TRUST
   COMPANY FOR THE HARBORVIEW
11 MORTGAGE LOAN TRUST PASS-
   THROUGH CERTIFICATES 2007-7, et al.,
12         Defendants.

Case No. 15-cv-01345-BLF

**ORDER REGARDING SERVICE OF SUMMONS**

[Re: ECF 21]

On May 11, 2015, *pro se* plaintiff William Cutlip filed a First Amended Complaint that names an additional defendant in this action. Plaintiff was granted permission to proceed *in forma pauperis* on March 25, 2015. As such, and without expressing any opinion on the substance of Plaintiff's claims, IT IS HEREBY ORDERED THAT the Clerk of the Court shall issue summons for the defendants. It is further ordered that the U.S. Marshal for the Northern District of California serve a copy of the First Amended Complaint, scheduling orders, attachments, and this order upon all defendants.

**IT IS SO ORDERED.**

Dated: May 13, 2015

_____
BETH LABSON FREEMAN
United States District Judge