UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CUTLIP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEUTCHE BANK NATIONAL TRUST COMPANY FOR THE HARBORVIEW MORTGAGE LOAN TRUST PASS-THROUGH CERTIFICATES 2007-7, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01345-BLF<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF 60 |

Pursuant to Civ. L.R. 7-1(b), the Court finds Plaintiff's Motion to Vacate, ECF 60, suitable for submission without oral argument and hereby VACATES the hearing scheduled for February 25, 2016.

**IT IS SO ORDERED.**

Dated: February 11, 2016

_____
BETH LABSON FREEMAN
United States District Judge