**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUSTEE COMPANY,<br><br>              Plaintiff,<br><br>       v.<br><br>WILLIAM CUTLIP and CHIKAKO CUTLIP,<br><br>              Defendants. | Case No. 5:16-cv-04255  NC<br><br>Case No. 5:16-cv-03612  NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned cases are referred to District Judge Beth L. Freeman to determine whether they are related to 5:15-cv-01345 BLF, William Cutlip v. Deutche Bank National Trust Company for the Harborview Mortgage Loan Trust Pass -Through Certificates 2007-7, et al.

IT IS SO ORDERED.

Date:  August 15, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 16-cv04255 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES